CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 8 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DONNIE DON BEVERLEY, | Case No. 7:08CV00599 |
| Petitioner, | |
| v. | **FINAL ORDER** |
| DIRECTOR, VDOC, | By: Hon. Glen E. Conrad |
| Respondent. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion to dismiss is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely filed; and this action is stricken from the active docket of the court.

ENTER: This 8th day of April, 2009.

_____
United States District Judge